THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ABRAHAM GHORBANIAN, D.D.S.<br><br>Plaintiff,<br><br>vs.<br><br>GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA and DOES 1 THROUGH 10,<br><br>Defendants. | Case No. 2:14-CV-01396-RSM<br><br>**UNOPPOSED REQUEST TO EXTEND THE NOTING DATE AND BRIEFING SCHEDULE REGARDING DEFENDANTS' MOTION TO DISMISS AND ORDER** |

Plaintiff Abraham Ghorbanian, D.D.S., by his undersigned counsel, respectfully moves the Court to extend the noting date for Defendants Guardian Life Insurance Company of America ("Guardian") and Berkshire Life Insurance Company of America's ("Berkshire") ("collectively referred to as "Defendants") Motion for Spoliation Sanctions, Including Dismissal. This Motion is currently noted on the Motion Calendar for March 24, 2017. Plaintiff respectfully requests that the Noting Date on this motion be extended to April 14, 2017.

UNOPPOSED MOTION TO EXTEND NOTING DATE FOR DEFENDANTS' MOTION TO DISMISS AND ORDER
Case No.: 2:14-CV-01396-RSM
Page 1

Donahue & Horrow, LLP
1960 E. Grand Ave.
Suite 1215
El Segundo, CA 90245
T: (310) 322-0300
F: (310) 322-0302

As grounds for this request Plaintiff states that the request is being made as counsel have travel commitments and scheduling conflicts with respect to this case and other cases making it difficult to meet the deadlines imposed under the March 24, 2017 Noting Date and, in response to this Motion, Plaintiff is contemplating obtaining declarations from various third parties who may be unavailable before the time Plaintiff's opposition is due under the March 24, 2017 noting date.

This request is being made in good faith and not for the purposes of delay. Extending the Noting Date to April 14, 2017 does not have an effect on any of the other case deadlines. Finally, Defendants have no opposition to the continuance of the Noting Date to April 14, 2017.

Therefore, Plaintiff respectfully requests that the Noting Date and all related deadlines for Defendants' Motion for Spoliation Sanctions, including Dismissal, be continued from March 24, 2017 to April 14, 2017.

Dated this 10th day of March, 2017.       By :*/s/ Michael B. Horrow*

Michael B. Horrow, Admitted Pro Hac Vice
Nichole D. Podgurski, Admitted Pro Hac Vice
Donahue & Horrow, LLP
1960 E. Grand Ave., Suite 1215
El Segundo, California 90245
Phone: 310-322-0300
Fax: 310-322-0302
Email: mhorrow@donahuehorrow.com
npodgurski@donahuehorrow.com

Kenneth Friedman, (WSBA 17148)
Friedman Rubin & White
1126 Highland Avenue
Bremerton, WA 98337
Phone: 360-782-4300
Fax: 360-782-4358
Email: kfriedman@friedmanrubin.com

*Attorneys for Plaintiff*

UNOPPOSED MOTION TO EXTEND NOTING DATE
FOR DEFENDANTS' MOTION TO DISMISS AND
ORDER
Case No.: 2:14-CV-01396-RSM
Page 2

Donahue & Horrow, LLP
1960 E. Grand Ave.
Suite 1215
El Segundo, CA 90245
T: (310) 322-0300
F: (310) 322-0302

**ORDER**

Based on the above Unopposed Request to Extend the Noting Date for Defendants' Motion for Spoliation Sanctions, Including Dismissal, and for good cause shown, IT IS SO ORDERED that the Noting date on Defendants' Motion for Spoliation Sanctions is continued to April 14, 2017.

DATED this 13 day of March 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

UNOPPOSED MOTION TO EXTEND NOTING DATE FOR DEFENDANTS' MOTION TO DISMISS AND ORDER
Case No.: 2:14-CV-01396-RSM
Page 3

Donahue & Horrow, LLP
1960 E. Grand Ave.
Suite 1215
El Segundo, CA 90245
T: (310) 322-0300
F: (310) 322-0302