IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ABRAHAM GHORBANIAN, D.D.S.<br><br>Plaintiff,<br><br>vs.<br><br>GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA and DOES 1 THROUGH 10,<br><br>Defendants. | Case No. 2:14-CV-01396-RSM<br><br>**ORDER ON JOINT STIPULATION RE COMPLETING THE DEPOSITION OF THIRD PARTY MOSHEN HAGHIGHATPOURR, D.D.S., FOLLOWING THE DISCOVERY CUT-OFF** |

The Parties to this matter, plaintiff Abraham Ghorbanian ("plaintiff") and defendants Berkshire Life Insurance Company of America and The Guardian Life Insurance Company of America ("defendants") (collectively "the Parties"), hereby stipulate as follows: Pursuant to a subpoena served by defendants on Dr. Haghighatpourr, which did not include a request for production of documents ("the subpoena"), Dr. Haghighatpourr's deposition was taken on March 23, 2017, in the Central District of California and adjourned. Through counsel, the Parties stipulate that the deposition of Dr. Haghighatpourr can be re-set after the March 30, 2017 discovery cut-off in this matter.

In addition, the parties further stipulate that the court extend the current discovery motion cut-off date of March 24, 2017, solely to permit the determination of Plaintiff's

JOINT STIPULATION TO EXTEND DISCOVERY CUT-OFF FOR THE PURPOSE OF COMPLETING THE DEPOSITION OF DR. MOSHEN HAGHIGHATPOURR
Page 1
Case No.: 2:14-CV-01396-RSM

Donahue & Horrow, LLP
1960 E. Grand Ave.
Suite 1215
El Segundo, CA 90245
T: (310) 322-0300
F: (310) 322-0302

motion to compel the deposition testimony of Dr. Moshen Haghighatpourr and that this stipulation does not and will not affect any dates pending before this court.

By: *S/Michael B. Horrow*_____
    Michael B. Horrow

Michael B. Horrow, Admitted Pro Hac Vice
Nichole D. Podgurski, Admitted Pro Hac Vice
DONAHUE & HORROW, LLP
1960 E. Grand Ave., Suite 1215
El Segundo, California 90245
Telephone: (310) 322-0300
Facsimile: (310) 322-0302
Email: mhorrow@donahuehorrow.com
Email: npodgurski@donahuehorrow.com

Kenneth R. Friedman
FRIEDMAN RUBIN (BREMERTON)
1126 HIGHLAND A VENUE
BREMERTON, WA 98337
Telephone: 360-782-4300
Fax: 360-782-4358
Email: kfriedman@friedmanrubin.com

Attorneys for Plaintiff,
ABRAHAM GHOBANIAN, D.D.S.


By: */S/ Sean P. Nalty*_____
    Sean P. Nalty

Sean P. Nalty, Pro Hac Vice
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300  One Market Plaza
San Francisco, CA 94105
Telephone: (415) 442-4810
Facsimile: (415) 442-4870
Email: sean.nalty@ogletreedeakins.com

Elizabeth S. Tipping, Pro Hac Vice (TN Bar 023066)

JOINT STIPULATION TO EXTEND DISCOVERY CUT-OFF FOR THE PURPOSE OF COMPLETING THE DEPOSITION OF DR. MOSHEN HAGHIGHATPOURR
Page 2
Case No.: 2:14-CV-01396-RSM

Donahue & Horrow, LLP
1960 E. Grand Ave.
Suite 1215
El Segundo, CA 90245
T: (310) 322-0300
F: (310) 322-0302

Email: etipping@nealharwell.com
James F. Sanders, Pro Hac Vice
Email: jsanders@nealharwell.com

Alfred E. Donohue (WSBA No. 98164)
WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, WA 98165-2050
Telephone: (206) 623-4100
Facsimile: (206) 62309273
Email: donohue@wscd.com

Attorneys for Defendants THE BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA and BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA

JOINT STIPULATION TO EXTEND DISCOVERY CUT-OFF FOR THE PURPOSE OF COMPLETING THE DEPOSITION OF DR. MOSHEN HAGHIGHATPOURR
Page 3
Case No.: 2:14-CV-01396-RSM

Donahue & Horrow, LLP
1960 E. Grand Ave.
Suite 1215
El Segundo, CA 90245
T: (310) 322-0300
F: (310) 322-0302

## **ORDER UPON STIPULATION**

IT IS SO ORDERED.

Dated this 17th day of April, 2017

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION TO EXTEND DISCOVERY CUT-OFF FOR THE PURPOSE OF COMPLETING THE DEPOSITION OF DR. MOSHEN HAGHIGHATPOURR
Page 4
Case No.: 2:14-CV-01396-RSM

Donahue & Horrow, LLP
1960 E. Grand Ave.
Suite 1215
El Segundo, CA 90245
T: (310) 322-0300
F: (310) 322-0302